AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED
**March 6, 2021**
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  M-21-0496-M |
| Manuel Ivan FUENTES Y.O.B: 1966 | ) | |
| Citizenship: Cuba | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 5, 2021  in the county of  Brooks  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Knowingly and intentionally possess with the intent to distribute approximately 27.5 kilograms of cocaine a Schedule II controlled substances. |

This criminal complaint is based on these facts:

Continued on the attached sheet and made part of this complaint:

☑ Continued on the attached sheet.

/s/ Joe M. Salinas
*Complainant's signature*

Joe M. Salinas / HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, and attested telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Approved by AUSA M. Alexis Garcia

Date:  03/06/2021   12:58pm

*Judge's signature*

City and state:   McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

**Attachment "A"**

On March 5, 2021, Manuel Ivan FUENTES attempted to cross the Falfurrias Border Patrol checkpoint in Falfurrias, Texas. FUENTES was the driver and sole occupant of a green in color Kenworth semi-truck hauling a white trailer. FUENTES was referred for a secondary inspection based on a primary lookout associated to the vehicle he was operating.

During a secondary inspection, a Customs and Border Protection (CBP) Office of Border Patrol (OBP) K9 alerted to the odor of drugs emitting from the vehicle, which prompted a further in-depth inspection.

Homeland Security Investigations (HSI) Special Agents (SAs) responded to the Falfurrias checkpoint and conducted an interview of FUENTES. During the interview, FUENTES admitted to knowledge that he was in possession of twenty-three (23) bundles of cocaine which he was transporting from the Rio Grande Valley, Texas to the interior United States. FUENTES stated that he was going to be compensated for his role but did not provide SAs with an amount.

During a further inspection of the vehicle FUENTES was operating, twenty-three (23) bundles of a white powdery substance which field tested positive for the properties of cocaine were discovered in the vehicle's rear differential. The total weight of the cocaine was 27.5 kilograms.